# EXHIBIT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CHIGAGO SWEETENERS, INC,                    :   Case No.  3:08CV01928
                                            :
               Plaintiff,   :   Judge David A. Katz
                                            :
  v.                                        :
                                            :   **DECLARATION OF TIMOTHY**
KANTNER GROUP, INC.,                        :   **KRELLWITZ WITH ATTACHED**
                                            :   **EXHIBITS**
            Defendant.   :
                                            :
                                            :

I, Timothy Krellwitz, hereby declare:

1.    I am the Sales Manager of Chicago Sweeteners, Inc.("CSI") and have personal knowledge of the information contained in this Declaration; and am duly authorized to make this Declaration.

2.    My qualifications are as follows:

(a)    I have been with CSI approximately 11 years.  The first 2 years I was involved in selling food commodities in the states of Michigan, Ohio and Pennsylvania. My primary responsibilities the last 9 years have included sales management and the buying and selling of food commodities, primarily dairy.  For a period of 4 years prior to my tenure with CSI, I was a sales representative for Total Foods Corporation, where my duties included selling food commodities including dairy.

(b)    As the Sales Manager of CSI, I am responsible for overseeing a number of aspects of the company, including, but not limited to, sales management, product handling, storage and distribution, estimating, accounting, and contract management.  I have

significant knowledge and experience with budgets, estimates, costs, losses, and claims by virtue of my job responsibilities, training, education and experience.]

      (c)      As the Sales Manager of CSI, I have personal knowledge of contracts and claims associated with the Kantner Group, Inc. ("KGI") matter set forth in the Complaint. The attached Exhibits and the documents I reviewed for this Declaration were created and maintained in the ordinary course of business. Also, information presented in this Declaration was derived from CSI documents created and maintained in the ordinary course of business.

3.      As detailed in the Complaint, CSI incurred substantial costs as a direct and proximate result of KGI's breach of Contract (hereinafter "breach").

4.      As detailed in the Complaint, KGI entered into a Contract with CSI that required CSI to provide KGI with 735 bags of Rennet each month for the months of January, February, March, April, May, and June of 2008. (Attached hereto and made a part of this Declaration is a true and correct copy of Purchase Order No. 4632, issued by CSI and accepted by KGI. A copy of this purchase order is also attached to the Complaint as Exhibit 1.) Each bag of Rennet weighed 25 kg or 55.11 lbs. The agreed upon price for the Rennet was $6.02 per lb. Thus, KGI was required to pay CSI $1,463,193.00.

6.      Despite CSI performing all its obligations under the Contract, including the acquisition of the Rennet from its supplier, KGI only requested the release of one load of Rennet and paid the amount of $243,865.65.

7.      KGI neither issued any other releases for the remaining loads, nor paid for any of the remaining loads.

8.    On or about July 1, 2008, I caused counsel for CSI to send KGI a demand for the release of the remaining loads of Rennet.  (Attached hereto and made a part of this Declaration is a true and correct copy of the July 1, 2008 demand letter.  A copy of this demand letter is also attached to the Complaint as Exhibit 2.)  KGI never responded to the demand letter.  As a result, KGI owes $1,219,327.35 for the remainder of the Rennet loads.

9.    On or about August 5, 2008, I caused counsel for CSI to issue notice to KGI that CSI intended to resell the Rennet in the marketplace based on KGI's breach and repudiation of the Contract.  (Attached hereto and made a part of this Declaration is a true and correct copy of the August 5, 2008 notice letter.)

10.    Since the issuance of the August 5, 2008 notice, CSI has undertaken commercially reasonable efforts to resell the Rennet in the marketplace.  To date, CSI has been unsuccessful in its efforts to resell the Rennet.

11.    As a direct and proximate result of KGI's breach of Contract, CSI incurred significant costs and expenses.  These costs include the following:

a.    Warehousing costs on the inventory that KGI wrongfully refused to purchase in the amount of $7560.00 thru 11/15/08.

b.    Finance charges on the inventory KGI wrongfully refused to purchase in the amount of $ 42,909.69 thru 11/30/08.

c.    Insurance expense currently in the amount of $108 per month totaling approximately $700 thru 11/30/08.

d.    Daily interest , calculated at 5%, storage and insurance charges are $192.26.

(Attached hereto and made a part of this Declaration is a true and correct copy of the summary of warehousing costs, finance charges, and insurance and copies documents providing the breakdown of actual costs for each of these categories of damages.)

12.    Based on my overall knowledge experience and training to a reasonable degree of certainty, CSI incurred a loss of $1,270,497.04 in readily quantifiable damages as listed in paragraphs 1-11 as a direct and proximate cause of KGI's breach.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge and belief and that this Declaration was executed in *Des Plaines* Illinois, on November *26*, 2008.

Timothy Krellwitz
Sales Manager
Chicago Sweeteners, Inc.

- 4 -

# Documentary Support for ¶ 4.

Tim K - 847.299.1669

*2008*



| FAX TO | Paul Sharp | | | Chicago Sweeteners Inc. |
|---|---|---|---|---|
| COMPANY | Kantner Group/Blue Valley | | | 1700 Higgins Road, Suite 610 |
| COPIES TO | Chris R. | DATE | 10/31/07 | Des Plaines, IL 60018 |
| FAX NUMBER | paulsharp@kantnergroup.com | PAGE(S) | 1  INCLUDING THIS ONE | Phone:  913 393-4420 |
| FROM | Vanessa Meister | | | Fax:  913 393-4428 |
| SUBJECT | Rennet Casein Alaren 771 | | | Vmeister@chksweet.com |

We can to offer the following:

| Product | Volume | Period | Price | Comments |
|---|---|---|---|---|
| Alaren 771 | 735 bags/ month | Jan ~ Jun 2008 | $6.02/lb | |

FOB:   () Delivered        (x) Ex-warehouse  Chambersburg, PA

Reference PO 4632 for blue valley r#1-6

Payment Terms:  Net 30 days.

Pallets: $6.00 each

Please sign and return to my attention at: 913 393-4428.

Kindest regards,

*Vanessa Meister*

Vanessa Meister
Dairy Proteins, Product Manager

Terms & conditions agreed to by:

_____  11/27/07
Name                          Date

440.746.1218

EXHIBIT
1

# Documentary Support for ¶ 8.



# GOULD & RATNER LLP

PAUL W. CARROLL
Direct Dial: 312.899.1657
pcarroll@gouldratner.com

222 North LaSalle Street
Suite 800
Chicago, Illinois 60601
T: 312.236.3003
F: 312.236.3241
www.gouldratner.com

July 1, 2008

**DRAFT**

**VIA EMAIL**
Douglas E. Kantner
President/CEO
Kantner Group, Inc.
625 Commerce Drive
Wapakoneta, Ohio  45895

      Re:    **Chicago Sweeteners Agreement for Sale of Rennet Casein to Kantner Group**

Dear Mr. Kantner:

      We have been retained by Chicago Sweeteners, Inc. ("CSI") in connection with Kantner Group's ("Kantner") failure to take delivery of Rennet Casein Alaren 771 pursuant to an October 31, 2007 agreement (a copy of which is attached.)  The agreement called for the delivery of one load per month commencing January 2008 and continuing through June 2008.  Kantner has taken only one delivery, in May 2008.

      Recently, CSI's Tim Krellwitz emailed you to confirm Kantner's intent to honor its obligations under the agreement.  To date, Kantner has failed to respond.

      CSI has authorized this firm to proceed with legal action against Kantner to recover all monetary damages resulting from Kantner's failure to take delivery of and pay for the product, unless Kantner makes prompt arrangements with CSI for the delivery of the remaining loads commencing this month and continuing thereafter on a monthly until all product is delivered.

      We will await your reply to this letter until July 9, 2008.

            Very truly yours,

            GOULD & RATNER LLP

            Paul W. Carroll

PWC:kmc
cc:    Tim Krellwitz

403896.1 36235.001



EXHIBIT
2



# Documentary Support for ¶ 9.



FILE COPY

PAUL W. CARROLL
Direct Dial: 312.899.1657
pcarroll@gouldratner.com

222 North LaSalle Street
Suite 800
Chicago, Illinois 60601
T: 312.236.3003
F: 312.236.3241
www.gouldratner.com

August 5, 2008

**VIA FEDERAL EXPRESS**
Douglas E. Kantner
President/CEO
Kantner Group, Inc.
625 Commerce Drive
Wapakoneta, Ohio  45895

    Re:    **Chicago Sweeteners, Inc. v. Kantner Group, Inc.**

Dear Mr. Kantner:

    This letter is to follow-up on my letter to you dated July 1, 2008, in which we advised Kantner Group, Inc. ("Kantner") that Chicago Sweeteners, Inc. ("CSI") has authorized this firm to proceed with legal action against Kantner to recover all monetary damages resulting from Kantner's failure to take delivery of, and pay for, the rennet that it contracted to purchase from CSI (the "Contract").

    We have been informed by CSI that Kantner has finally remitted payment for the single load of rennet that it took delivery of on or around May 30, 2008.  You have not responded, however, to our demand that you comply with your contractual obligation to take delivery of and pay for the remaining five loads under the Contract.  We thus deem your refusal to respond as Kantner's repudiation of the Contract.  Accordingly, this letter is to put you on notice, pursuant to § 2-706 of the UCC, that CSI intends to resell the product in the marketplace.

                              Very truly yours,

                              GOULD & RATNER LLP

                              Paul W. Carroll

PWC:kmc

cc:    Tim Krellwitz

406702.1 36235.001

# Documentary Support for ¶ 11 a.

| DATE | INV# | EOM STORAGE | PO# | INBOUND S & H | CHECK # |
|---|---|---|---|---|---|
| 1/14/2008 | A117744-IN | | 110487 | $ 405.00 | 225735 |
| 2/5/2008 | A117946-IN | $ 135.00 | | | 226537 |
| 2/12/2008 | A118039-IN | | 100227 | $ 405.00 | 226826 |
| 3/4/2008 | A118202-IN | $ 270.00 | | | 227978 |
| 4/4/2008 | A118479-IN | | 100245 | $ 405.00 | 230096 |
| 4/4/2008 | A118470-IN | $ 270.00 | | | 230096 |
| 4/7/2008 | A118517-IN | | 100302 | $ 405.00 | 229955 |
| 5/6/2008 | A118727-IN | $ 540.00 | | | 231381 |
| 5/9/2008 | A119084-IN | | 100339 | $ 405.00 | 231381 |
| 6/3/2008 | A119309-IN | $ 540.00 | | | 234026 |
| 6/10/2008 | A119414-IN | | 100374 | $ 405.00 | 234026 |
| 7/14/2008 | A119593-IN | $ 675.00 | | | 235262 |
| 8/8/2008 | A119845-IN | $ 675.00 | | | 237187 |
| 9/3/2008 | A120115-IN | $ 675.00 | | | 237477 |
| 10/13/2008 | A120432-IN | $ 675.00 | | | 239095 |
| | | | | | |
| | | | | | |
| | | | | | |
| | Year to Date: | $ 4,455.00 | $ 6,885.00 | $ 2,430.00 | |

November

$ 675
+ 675
$ 7560

Page: 2

# Invoice

Catch-Up Logistics
211 Huff Avenue
Suite G
Greensburg, PA  15601
(724) 850-9001

Invoice Number: A120432-IN

Invoice Date: 10/13/2008

Salesperson: 0000

Tax Schedule: NONTAX

CHICAGO SWEETENERS INC
700 HIGGINS ROAD SUITE 610
Des Plaines, IL  60018

Customer Number CHICAGO

Customer P.O.:

Ship VIA:

Contact:  MICHELLE FLEMING

Terms: NET 10 DAYS

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | 573.22 NET LBS 1 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE | EACH | 47.000 | 5.000 | 235.00 |
| | 3G341H ALANATE 391 AGG INST EUR | | | | |
| | 40079.63 NET LBS 47 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE | EACH | 50.000 | 5.000 | 250.00 |
| | 3G401H ALAPRO 4561 MPC | | | | |
| | 73358.04 NET LBS 50 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE - CBG | EACH | 17.000 | 5.000 | 85.00 |
| | 3G405H ALAPRO 4700MPC70% IMRRT | | | | |
| | 24735.61 NET LBS 17 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE | EACH | 12.000 | 5.000 | 60.00 |
| | 3G410H ALAPRO 4700 DOMESTIC | | | | |
| | 19180.02 NET LBS 12 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE - CBG | EACH | 7.000 | 5.000 | 35.00 |
| | 3G415H ALAPRO 4850MPC85% | | | | |
| | 7098.84 NET LBS 7 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE - CBG | EACH | 48.000 | 5.000 | 240.00 |
| | 3G420H ALAPRO 4900MPC90% | | | | |
| | 67548.99 NET LBS 48 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE | EACH | 135.000 | 5.000 | 675.00 |
| | 3G500H ALAREN 771 RENNET CASEIN | | | | |
| | 202437.42 NET LBS 135 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE | EACH | 70.000 | 5.000 | 350.00 |
| | 3G725H TMP 1240 TOTAL MILK PROD | | | | |
| | 55423.64 NET LBS 70 PALLET(S) | | | | |

THIS IS WHAT OUR INVENTORY SHOWS AS OF 10-1-08
IF THERE ARE ANY DISCREPANCIES PLEASE CONTACT US
WITHIN 7 DAYS

A 1.5% finance charge per month will be assessed
on all past due invoices.

| | |
|---|---|
| Net Invoice: | 3,630.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 3,630.00 |

Page: 3

# Catch-Up Logistics

211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A120115-IN

INVOICE DATE: 09/03/08

SALESPERSON: 0000

TAX SCHEDULE: PA

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL  60018

CUSTOMER NO.: CHICAGO
CUSTOMER P.O.:

SHIP VIA:
TERMS: NET 10 DAYS

CONTACT  MICHELLE FLEMING

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| REOCBG | RECURRING STORAGE - CBG | EACH | 31.00 | 5.000 | 155.00 |
| | 3G405H ALAPRO 4700MPC70% IMRRT | | | | |
| | 45017.93 NET LBS 31 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE | EACH | 15.00 | 5.000 | 75.00 |
| | 3G410H ALAPRO 4700 DOMESTIC | | | | |
| | 25352.9 NET LBS 15 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE - CBG | EACH | 10.00 | 5.000 | 50.00 |
| | 3G415H ALAPRO 4850MPC85% | | | | |
| | 9656.17 NET LBS 10 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE - CBG | EACH | 29.00 | 5.000 | 145.00 |
| | 3G420H ALAPRO 4900MPC90% | | | | |
| | 39903.3 NET LBS 29 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE | EACH | 135.00 | 5.000 | 675.00 |
| | 3G500H ALAREN 771 RENNET CASEIN | | | | |
| | 202437.42 NET LBS 135 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE | EACH | 21.00 | 5.000 | 105.00 |
| | 3G725H TMP 1240 TOTAL MILK PROD | | | | |
| | 16622.68 NET LBS 21 PALLET(S) | | | | |

CONTINUED

Page: 3

## Catch-Up Logistics

211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A119845-IN

INVOICE DATE: 08/08/08

SALESPERSON: 0000

TAX SCHEDULE: PA

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL 60018

CUSTOMER NO.: CHICAGO
CUSTOMER P.O.:

SHIP VIA:

CONTACT: MICHELLE FLEMING

TERMS: NET 10 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| REOCBG | RECURRING STORAGE - CBG<br>3G405H ALAPRO 4700MPC70% IMRRT<br>56614.13 NET LBS 39 PALLET(S) | EACH | 39.00 | 5.000 | 195.00 |
| REOCBG | RECURRING STORAGE<br>3G410H ALAPRO 4700 DOMESTIC<br>27998.42 NET LBS 17 PALLET(S) | EACH | 17.00 | 5.000 | 85.00 |
| REOCBG | RECURRING STORAGE - CBG<br>3G415H ALAPRO 4850MPC85%<br>9656.17 NET LBS 10 PALLET(S) | EACH | 10.00 | 5.000 | 50.00 |
| REOCBG | RECURRING STORAGE - CBG<br>3G420H ALAPRO 4900MPC90%<br>51896.32 NET LBS 38 PALLET(S) | EACH | 38.00 | 5.000 | 190.00 |
| REOCBG | RECURRING STORAGE<br>3G500H ALAREN 771 RENNET CASEIN<br>202437.42 NET LBS 135 PALLET(S) | EACH | 135.00 | 5.000 | 675.00 |
| REOCBG | RECURRING STORAGE<br>3G725H TMP 1240 TOTAL MILK PROD<br>38800.96 NET LBS 49 PALLET(S) | EACH | 49.00 | 5.000 | 245.00 |

CONTINUED

Page: 3

**Catch-Up Logistics**
211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A119593-IN

INVOICE DATE: 07/14/08

SALESPERSON: 0000

TAX SCHEDULE: PA

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL 60018

CUSTOMER NO: CHICAGO
CUSTOMER P.O:

SHIP VIA:
TERMS: NET 10 DAYS

CONTACT: MICHELLE FLEMING

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| REOCBG | RECURRING STORAGE<br>3G401H ALAPRO 4561 MPC<br>54122.92 NET LBS 36 PALLET(S) | EACH | 36.00 | 5.000 | 180.00 |
| REOCBG | RECURRING STORAGE - CBG<br>3G405H ALAPRO 4700MPC70% IMRRT<br>57936.89 NET LBS 40 PALLET(S) | EACH | 40.00 | 5.000 | 200.00 |
| REOCBG | RECURRING STORAGE<br>3G410H ALAPRO 4700 DOMESTIC<br>27998.42 NET LBS 17 PALLET(S) | EACH | 17.00 | 5.000 | 85.00 |
| REOCBG | RECURRING STORAGE - CBG<br>3G415H ALAPRO 4850MPC85%<br>9656.17 NET LBS 10 PALLET(S) | EACH | 10.00 | 5.000 | 50.00 |
| REOCBG | RECURRING STORAGE - CBG<br>3G420H ALAPRO 4900MPC90%<br>106305.84 NET LBS 73 PALLET(S) | EACH | 73.00 | 5.000 | 365.00 |
| REOCBG | RECURRING STORAGE<br>3G500H ALAREN 771 RENNET CASEIN<br>202437.42 NET LBS 135 PALLET(S) | EACH | 135.00 | 5.000 | 675.00 |

CONTINUED

Page: 1

P Logistics
Bluff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

**INVOICE NUMBER:** A119414-IN

**INVOICE DATE:** 06/10/08

**SALESPERSON:** 0000

**TAX SCHEDULE:** NONTAX

RECEIVED
JUN 13 2008
By

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL  60018

**CUSTOMER NO.:** CHICAGO
**CUSTOMER P.O.:**

**SHIP VIA:**

CONTACT  MICHELLE FLEMING

**TERMS:** NET 10 DAYS

| SALES CD | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| | INITIAL HANDLING/STORAGE FOR CHICAGO SWEETENERS PRODUCT STORED AT THE CHAMBERSBURG DISTRIBUTION CENTER. | | | |
| IHSCBG | CD9312 40510 NET LBS | EACH | 1.00 | 405.000 | 405.00 |
| | 3G500H ALAREN 771 RENNET CASEIN | | | |
| | 735 BAGS | | | |

**PAID**

ACCT No. _____
CK. No. 4735 440 262
DATE _____

| | |
|---|---|
| NET INVOICE | 405.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL:** | 405.00 |

A 1.5% finance charge per month will be assessed on all past due invoices.

Page 3

**...up Logistics**

211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A119309-IN

INVOICE DATE: 06/03/08

SALESPERSON: 0000

TAX SCHEDULE: PA

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL 60018

CUSTOMER NO.: CHICAGO
CUSTOMER P.O.:

SHIP VIA:
TERMS: NET 10 DAYS

CONTACT MICHELLE FLEMING

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|----------|-------------|--|----------|-------|--------|
| REOCBG | RECURRING STORAGE<br>3G401H ALAPRO 4561 MPC<br>58862.81 NET LBS 40 PALLET(S) | EACH | 40.00 | 5.000 | 200.00 |
| REOCBG | RECURRING STORAGE - CBG<br>3G405H ALAPRO 4700MPC70% IMRRT<br>63227.93 NET LBS 44 PALLET(S) | EACH | 44.00 | 5.000 | 220.00 |
| REOCBG | RECURRING STORAGE<br>3G410H ALAPRO 4700 DOMESTIC<br>32628.08 NET LBS 19 PALLET(S) | EACH | 19.00 | 5.000 | 95.00 |
| REOCBG | RECURRING STORAGE - CBG<br>3G415H ALAPRO 4850MPC85%<br>9700.26 NET LBS 10 PALLET(S) | EACH | 10.00 | 5.000 | 50.00 |
| REOCBG | RECURRING STORAGE - CBG<br>3G420H ALAPRO 4900MPC90%<br>80820.66 NET LBS 55 PALLET(S) | EACH | 55.00 | 5.000 | 275.00 |
| REOCBG | RECURRING STORAGE<br>3G500H ALAREN 771 RENNET CASEIN<br>161983. NET LBS 108 PALLET(S) | EACH | 108.00 | 5.000 | 540.00 |

CONTINUED

Page: 1

**...p Logistics**
211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A119084-IN

INVOICE DATE: 05/09/08

SALESPERSON: 0000

TAX SCHEDULE: NONTAX

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL  60018

CUSTOMER NO.  CHICAGO
CUSTOMER P.O.

SHIP VIA
TERMS: NET 10 DAYS

CONTACT: MICHELLE FLEMING

| SALES CD | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| | INITIAL HANDLING/STORAGE FOR THE CHICAGO SWEETENER PRODUCT STORED AT THE CHAMBERSBURG DISTRIBUTION CENTER. | | | |
| IHSCBG | CD9203  40510 NET LBS | EACH  1.00 | 405.000 | 405.00 |
| | 3G500H   ALAREN RENNETT CASEIN | | | |
| | 735 BAGS | | | |

PAID

ACCT No. 4735-40-262
CK. No.
DATE



RECEIVED
MAY 16 2008
By

A 1.5% finance charge per month will be assessed
on all past due invoices.

| | |
|---|---|
| NET INVOICE: | 405.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| **INVOICE TOTAL:** | **405.00** |

**Catch-Up Logistics**
211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A118727-IN

INVOICE DATE: 05/06/08

SALESPERSON: 0000

TAX SCHEDULE: PA

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL 60018

CUSTOMER NO: CHICAGO
CUSTOMER P.O.:

SHIP VIA:
TERMS: NET 10 DAYS

CONTACT: MICHELLE FLEMING

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|----------|-------------|------|----------|-------|--------|
| REOCBG | RECURRING STORAGE | EACH | 108.00 | 5.000 | 540.00 |
| | 3G500H ALAREN 771 RENNET CASEIN | | | | |
| | 161985. NET LBS 108 PALLET(S) | | | | |
| REOCBG | RECURRING STORAGE | EACH | 31.00 | 5.000 | 155.00 |
| | 3G725H TMP 1240 TOTAL MILK PROD | | | | |
| | 23545.11 NET LBS 31 PALLET(S) | | | | |

THIS IS WHAT OUR INVENTORY SHOWS AS OF 5-1-08
IF THERE ARE ANY DISCREPANCIES PLEASE CONTACT US
WITHIN 7 DAYS

A 1.5% finance charge per month will be assessed
on all past due invoices.

| | |
|---|---|
| NET INVOICE | 4,390.00 |
| FREIGHT | 0.00 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL:** | **4,390.00** |

**Catch-Up Logistics**
211 Huff Avenue
Suite G
Greensburg, PA  15601
(724) 850-9001

INVOICE NUMBER:  A118479-IN

INVOICE DATE:  04/04/08

SALESPERSON:  0000

TAX SCHEDULE:  NONTAX

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines,  IL   60018

CUSTOMER NO.:  CHICAGO
CUSTOMER P.O.:

SHIP VIA:

CONTACT  MICHELLE FLEMING

TERMS:  NET 10 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | INITIAL HANDLING/STORAGE FOR THE CHICAGO SWEETNERS PRODUCT STORED AT THE CHAMBERSBURG DISTRIBUTION CENTER. | | | | |
| IHSCBG | CD9124   41667 NET LBS. 3G210H  ALACID 730 TECH 756 BAGS | EACH | 1.00 | 435.000 | 435.00 |
| IHSCBG | CD9125    40510 NET LBS. 3G500H   ALAREN 771 RENNET CASEIN 735 BAGS | EACH | 1.00 | 405.000 | 405.00 |

PAID
ACCT. No.  973-470-20
N. No.
DATE

RECEIVED
APR 0 9 2008
By

A 1.5% finance charge per month will be assessed on all past due invoices.

| | |
|---|---|
| NET INVOICE: | 840. |
| FREIGHT: | 0. |
| SALES TAX: | 0. |
| **INVOICE TOTAL:** | 840. |

**Catch-Up Logistics**
211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A118470-IN

INVOICE DATE: 04/04/08

SALESPERSON: 0000

TAX SCHEDULE: PA

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL 60018

CUSTOMER NO. CHICAGO
CUSTOMER P.O.

SHIP VIA

CONTACT MICHELLE FLEMING

TERMS: NET 10 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUN |
|---|---|---|---|---|---|
| REOCBG | RECURRING STORAGE | EACH | 54.00 | 5.000 | 270.0 |
| | 3G500H ALAREN 771 RENNET CASEIN | | | | |
| | 81019.06 NET LBS 54 PALLET(S) | | | | |
| | | | | | |
| REOCBG | RECURRING STORAGE | EACH | 60.00 | 5.000 | 300.0 |
| | 3G725H TMP 1240 TOTAL MILK PROD | | | | |
| | 45723.39 NET LBS 60 PALLET(S) | | | | |

**PAID**

THIS IS WHAT OUR INVENTORY SHOWS AS OF 4-4-08
IF THERE ARE ANY DISCREPANCIES PLEASE CONTACT US
WITHIN 7 DAYS

A 1.5% finance charge per month will be assessed
on all past due invoices.

NET INVOICE: 4,805
FREIGHT: 0
SALES TAX: 0

INVOICE TOTAL: 4,805

**n-Up Logistics**
Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A118517-IN

INVOICE DATE: 04/07/08

SALESPERSON: 0000

TAX SCHEDULE: NONTAX

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL 60018

CUSTOMER NO.: CHICAGO
CUSTOMER P.O.:

SHIP VIA:

CONTACT MICHELLE FLEMING

TERMS: NET 10 DAYS

| SALES CD | DESCRIPTION | QUANTITY | | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | INITIAL HANDLING/STORAGE FOR THE CHICAGO SWEETENER PRODUCT STORED AT THE CHAMBERSBURG DISTRIBUTION CENTER. | | | | |
| IHSCBG | CD9134  40454 NET LBS. | EACH | 1.00 | 405.000 | 405.00 |
| | 3G500H  ALAREN 771 RENNET CASEIN | | | | |
| | 734 BAGS | | | | |



A 1.5% finance charge per month will be assessed
on all past due invoices.

NET INVOICE: 405.0
FREIGHT: 0.0
SALES TAX: 0.0

INVOICE TOTAL: 405.0

**Catch-Up Logistics**

211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A118202-IN

INVOICE DATE: 03/04/08

SALESPERSON: 0000

TAX SCHEDULE: PA

**PAID**

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL  60018

ACCT No. _____
CK. No. _____
DATE _____

CUSTOMER NO.  CHICAGO
CUSTOMER P.O.

CONTACT  MICHELLE FLEMING

SHIP VIA
TERMS: NET 10 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|----------|-------------|---|----------|-------|--------|
| REOCBG | RECURRING STORAGE | EACH | 54.00 | 5.000 | 270.00 |
| | 3G500H ALAREN 771 RENNET CASEIN | | | | |
| | 81019.06 NET LBS 54 PALLET(S) | | | | |
| | | | | | |
| REOCBG | RECURRING STORAGE | EACH | 24.00 | 5.000 | 120.00 |
| | 3G725H TMP 1240 TOTAL MILK PROD | | | | |
| | 18077.7 NET LBS 24 PALLET(S) | | | | |

THIS IS WHAT OUR INVENTORY SHOWS AS OF 3-1-08
IF THERE ARE ANY DISCREPANCIES PLEASE CONTACT US
WITHIN 7 DAYS

A 1.5% finance charge per month will be assessed
on all past due invoices.

NET INVOICE: 3,915.00
FREIGHT: 0.00
SALES TAX: 0.00

**INVOICE TOTAL:** 3,915.00

JANUARY 2006

# Catch-Up Logistics

211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

RECEIVED
FEB 16 2008
By

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL 60018

CONTACT  MICHELLE FLEMING

| | |
|---|---|
| INVOICE NUMBER: | A118039-IN |
| INVOICE DATE: | 02/12/08 |
| SALESPERSON: | 0000 |
| TAX SCHEDULE: | NONTAX |
| CUSTOMER NO.: | CHICAGO |
| CUSTOMER P.O.: | |
| SHIP VIA: | |
| TERMS: | NET 10 DAYS |

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | INITIAL HANDLING/STORAGE FOR THE CHICAGO SWEETENER PRODUCT STORED AT THE CHAMBERSBURG DISTRIBUTION CENTER. | | | | |
| IHSCBG | CD9031  40510 NET LBS. 3G500H  ALAREN 771 RENNET CASEIN 735 BAGS | EACH | 1.00 | 405.000 | 405.00 |
| IHSCBG | CD9032  38801 NET LBS. 3G410H  ALAPRO 4700 DOMESTIC 880 BAGS | EACH | 1.00 | 330.000 | 330.00 |

PAID
ACCT No. 32C027
CK NO
DATE

A 1.5% finance charge per month will be assessed
on all past due invoices.

| | |
|---|---|
| NET INVOICE: | 735.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| **INVOICE TOTAL:** | **735.00** |

Page: 3

# Catch-Up Logistics

211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A117946-IN

INVOICE DATE: 02/05/08

SALESPERSON: 0000

TAX SCHEDULE: PA

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines IL 60018

CUSTOMER NO.: CHICAGO
CUSTOMER P.O.:

CONTACT MICHELLE FLEMING

SHIP VIA
TERMS: NET 10 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| REOCBG | RECURRING STORAGE 3G34 FLALANATE 391 AGG INST EUR 68563-06 NET LBS 82 PALLET(S) | EACH | 82.00 | 5.000 | 410.00 |
| REOCBG | RECURRING STORAGE 3G401H ALAPRO 4561 MPC 32407.61 NET LBS 22 PALLET(S) | EACH | 22.00 | 5.000 | 110.00 |
| REOCBG | RECURRING STORAGE - CBG 3G405H ALAPRO 4700MPC70% IMRRT 74956.4 NET LBS 50 PALLET(S) | EACH | 50.00 | 5.000 | 250.00 |
| REOCBG | RECURRING STORAGE - CBG 3G415H ALAPRO 4850MPC85% 10582.1 NET LBS 10 PALLET(S) | EACH | 10.00 | 5.000 | 50.00 |
| REOCBG | RECURRING STORAGE - CBG 3G420H ALAPRO 4900MPC90% 66490.74 NET LBS 45 PALLET(S) | EACH | 45.00 | 5.000 | 225.00 |
| REOCBG | RECURRING STORAGE 3G500H ALAREN 771 RENNET CASEIN 40509.53 NET LBS 27 PALLET(S) | EACH | 27.00 | 5.000 | 135.00 |

CONTINUED

# Catch-Up Logistics

211 Huff Avenue
Suite G
Greensburg, PA 15601
(724) 850-9001

INVOICE NUMBER: A117744-IN

INVOICE DATE: 01/14/08

SALESPERSON: 0000

TAX SCHEDULE: NONTAX

CHICAGO SWEETENERS INC
1700 HIGGINS ROAD SUITE 610
Des Plaines, IL  60018

CUSTOMER NO.: CHICAGO
CUSTOMER P.O.:

SHIP VIA:

CONTACT: MICHELLE FLEMING

TERMS: NET 10 DAYS

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | INITIAL HANDLING/STORAGE FOR THE CHICAGO SWEETENER PRODUCT STORED AT THE CHAMBERSBURG DISTRIBUTION CENTER. | | | | |
| IHSCBG | CD8958 41667 NET LBS 3G110H ALACEN 392 WPC 80% 756 BAGS | EACH | 1.00 | 420.000 | 420.00 |
| IHSCBG | CD8964 40510 NET LBS 3G500H ALAREN 771 RENNET 735 BAGS | EACH | 1.00 | 405.000 | 405.00 |

PAID

A 1.5% finance charge per month will be assessed
on all past due invoices.

| | |
|---|---|
| NET INVOICE: | 825.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| INVOICE TOTAL: | 825.00 |

# Documentary Support for ¶ 11 b.

## Finance Charges Through November 30, 2008

| Receipt Date | Bags Received | Price Per Bag | Total Amount | Days Outstanding | Interest Rate | Amount Due | |
|---|---|---|---|---|---|---|---|
| 01/11/08 | 735 | 331.79 | 243,865.65 | 140 | 5% | 4,664.10 | Sold to Kantner on 5/30/08 |
| 02/11/08 | 735 | 331.79 | 243,865.65 | 293 | 5% | 9,761.29 | |
| 04/04/08 | 735 | 331.79 | 243,865.65 | 240 | 5% | 7,995.60 | |
| 04/07/08 | 735 | 331.79 | 243,865.65 | 237 | 5% | 7,895.65 | |
| 05/08/08 | 735 | 331.79 | 243,865.65 | 206 | 5% | 6,862.89 | |
| 06/11/08 | 735 | 331.79 | 243,865.65 | 172 | 5% | 5,730.18 | |
| | | | | | Total | 42,909.69 | |

**Calulation of Per Diem Costs**

Interest=$1,219,328.25*.05 divided by 366          166.5749
Storage=675*12 divided by 366                       22.1310
Insurance=$1,300 divided by 366                       3.5519
Total                                              192.2578

# Documentary Support
# for ¶ 11 c.

## Alan Kessler

**From:** Murphy, Lisa [limurphy@mesirowfinancial.com]
**Sent:** Monday, November 10, 2008 3:31 PM
**To:** Alan Kessler; Aisha Sheikh
**Subject:** RE:

Based on our average rate, the annual premium is approximately $1,300., so you're looking at about $108 per month.


**Lisa Murphy**

Vice President
Commercial Insurance

**Mesirow Financial**
1500 South Lakeside Drive
Bannockburn, IL  60015
**v** 847-444-2557
**f** 847-444-2747
**e** limurphy@mesirowfinancial.com


**From:** Alan Kessler [mailto:akessler@chisweet.com]
**Sent:** Monday, November 10, 2008 2:38 PM
**To:** Murphy, Lisa; Aisha Sheikh
**Subject:**

November 24th works.  Also, I am trying to figure out the insurance cost per month for storing product at Catch Up Logistics in Greensburg, Pa.  The value of the product is $1,219,328.25.

Alan


**Visit us on the Web at: http://www.mesirowfinancial.com**

*This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Confidential, proprietary or time-sensitive communications should not be transmitted via the Internet, as there can be no*